*M. Williamſon, and Aaron Ogden for Defendant.*

## IN THE SAME TERM OF
## *April*, 1789,

(p. 438.)

### The STATE *againſt* JOHN LEIGHTON.

*On* Habeas Corpus *of Negro* Lydia Reap, *returnable the firſt Day of this Term.*

THE Court order an Attachment againſt the ſaid John Leighton, for contempt in not returning the ſaid Writ of *Habeas Corpus*, agreeably to the Command thereof, and for divers Expreſſions made uſe of by him reflecting on the Authority of this Court and its proceſs, on Motion of Mr. Attorney-General.

## *April* Term, 1790.

(p. 42.)

The STATE *againft* LEWIS PRALL *and* ROBERT ROSS *Adminiftrators of* ISAAC PRALL, *deceafed.*

*On* Habeas Corpus *of Negro* Thomas *claiming his Freedom.*

[Habeas Corpus returned and filed.]

RETURN,

" WE have the Negro in the above Writ named, at the Day and Place as by the faid Writ we are commanded, *and we do certify*, that we as Adminiftrators of all and fingular the Goods and Chattels, Rights and Credits which were of Ifaac Prall, deceafed, took Poffeffion of faid Negro as part of the perfonal Property of the faid Ifaac Prall, and that there is no other Caufe of detaining him.

LEWIS PRALL,
ROBERT ROSS, JUN.  } Adminiftrators."

Upon the hearing in this Caufe, it appeared to the Court that the faid Negro Thomas belonged to the faid Ifaac Prall, deceafed—That the Inteftate, about Three Years before his Death, and frequently afterwards, declared that Tom fhould never have another Mafter— That he had been a faithful Servant to him—That they had been born under one Roof, that they had received Suftenance from one Breaft, and had broke up the Ground, and always lived together ; and continued to fhew great Affection and Regard for the Negro until his laft Sicknefs, and during that Sicknefs whilft he had his Senfes—That in his laft Illnefs, on the Friday before he died, he requefted a Perfon might be fent for to make his Will, at which Time his Sifter being prefent, fhe afked him what he intended to do with his Negroes, he replied they fhould all be fold but Tom, and he fhould be free ; which Declaration he alfo made the fame Day to feveral others, with this, further, that Tom fhould not ferve any other Mafter—The Perfon fent for to write his Will, did not come 'till the next Day, when,

the Inteftate was fo deranged in his Mind as to be in-capable of making his Will, and continued fo until he di-ed, which was on the Wednefday following ; that the faid Inteftate, after he was in fome meafure deranged, continued to fhew ftrong and evident Marks of Affection for the faid Negro, and of the Continuance of his Defign and Intention to make him free : It alfo appeared to the Court that the faid Negro had always before the Death of the Inteftate, and till that Event took place, been much attached to his Mafter, had fhewn a great Affection for him, and had behaved himfelf well and faithfully.

The Court having confidered of the whole Cafe, and the Arguments of Counfel for and againft the Manumiffi-on of the Negro, *are unanimoufly of Opinion*, That the frequent and full Declarations of the Inteftate, amounted to more than a bare Intention of doing fomething in fu-ture ; that even if thefe Declarations were taken in the Senfe of a Promife to do fomething in future, the good Behaviour of the Negro which was admitted on all Hands, the evident Continuation of the Affection of the Mafter as long as he had his Senfes, and even when in fome Meafure deprived of them, afforded a ftrong Ground of Prefumption of a Contract between the Ne-gro and Mafter for his Freedom, conditionally on his be-having well, which having performed on his Part, the Negro was entitled to his Liberty, and that the Perform-ance of the Condition on the Part of the Mafter and his Reprefentatives, might be effected on this Habeas Cor-pus, *do therefore adjudge*, That the faid Negro Tom be-ing entitled to his Freedom, be difcharged from the Cuf-tody of the faid Adminiftrators, and all the Reprefenta-tives of the faid Ifaac Prall, deceafed.   On the Motion of Mr. Bloomfield, Attorney-General.

*Attorney-General, and Elifha Boudinot, for the State. Freelinghuyfen and Aaron Ogden, for Defendants.*